UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In Re: Search Warrant Application    MISC. NO. 3:21mj    (RMS)

May 4, 2021

**FILED UNDER SEAL**

## MOTION TO SEAL

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States of America moves the Court for an order sealing of the Application for a Search Warrant, Search Warrant, all attachments thereto including the affidavit, all orders, this Motion to Seal, and the proposed Order to Seal in the above referenced case for six months. The Government makes this application because the investigation of the criminal activities described in the sealed documents is ongoing. Premature disclosure of the contents of the sealed documents could result in the destruction of evidence and could frustrate this investigation by alerting the targets of the investigation to the nature of the probe, the techniques employed, and the evidence developed to date, by limiting the use of the grand jury to develop further admissible evidence, and by limiting the ability to conduct other search warrants and investigative activities.

Respectfully submitted,

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

*/s/ Douglas P. Morabito*

DOUGLAS P. MORABITO
ASSISTANT U.S. ATTORNEY
Fed Bar No. ct20962
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 821-3700
Douglas.morabito@usdoj.gov