UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|   |   |   |
|---|---|---|
| In re: Search Warrant | : | Case No. 3:21-mj-451-RMS |
| | : | |
| | : | November 16, 2021 |

**MOTION TO PARTIALLY UNSEAL APPLICATION, AFFIDAVIT,
AND WARRANT BY DOCKETING REDACTED VERSIONS OF SAME,
<u>AND TO UNSEAL ALL OTHER DOCUMENTS</u>**

The United States respectfully requests that the Court issue an Order authorizing the partial

unsealing of the Application, Affidavit, and Warrant issued in this case (Docket entries 1 and 2),

by leaving the originals under seal while publicly docketing redacted versions of each; and further

authorizing the unsealing of all other docket entries in the above-captioned case.

As grounds for this Motion, the government states: The investigation is ongoing, however

the fact of the federal investigation has become known to the investigative target, and hence need

not be entirely barred from public disclosure. At the same time, no charges have been lodged,

hence the investigative target has a strong reputational interest in not being publicly identified in

connection with these searches, which if publicly linked to the target would risk significant

reputational damage. The accompanying documents have been carefully redacted to prevent any

possible identification of the target of the investigation, while disclosing the fact, date, nature, and objects of the search.

Respectfully submitted,

LEONARD C BOYLE
UNITED STATES ATTORNEY

HENRY K. KOPEL
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
Federal Bar No. ct24829
henry.kopel@usdoj.gov
203-821-3700
Fax: 203-773-5376