# UNITED STATES DISTRICT COURT
for the
District of Connecticut

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )      Case No. 3:21mj_____(RMS)
THE SEARCH OF INFORMATION ASSOCIATED WITH PROFILE WITH )
USERNAME ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ )
THAT IS STORED AT PREMISES CONTROLLED BY GAB AI, INC. )
)

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated herein by reference)

located in the _____ District of ____Connecticut____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated herein by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 871 (a) (b) | (Threats against President and successors to the Presidency) |
| Title 18 U.S.C. § 875 (c) | (Interstate communications), |
| Title 18 U.S.C. § 878 (a) | (Threats and extortion against foreign officials, official guests, or internationally protected persons) |
| Title 18 U.S.C. § 879 (a)(1)(3)(4) | (threats against former Presidents and certain other persons) |

The application is based on these facts:
See Attached Affidavit of Special Agent Peter W. Amendola, (incorporated herein by reference)

☑ Continued on the attached sheet.
☑ Delayed notice of __30__ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

PETER W AMENDOLA
Digitally signed by PETER W AMENDOLA
Date: 2021.05.05 13:13:58 -04'00'

*Applicant's signature*

Peter W. Amendola, Special Agent, U.S. Secret Service
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
____telephone____ *(specify reliable electronic means)*.

Date: __05/05/2021__

Robert M. Spector
Digitally signed by Robert M. Spector
Date: 2021.05.05 14:52:28 -04'00'
*Judge's signature*

City and state: New Haven, Connecticut       HON. ROBERT M. SPECTOR, USMJ
*Printed name and title*

## ATTACHMENT A

**Property to Be Searched**

This warrant applies to information associated with the Gab profile with username ███████████ that is stored at premises owned, maintained, controlled, or operated by Gab AI, Inc., a company headquartered in Clarks Summit, PA.

# ATTACHMENT B

## Particular Things to be Seized

**I.   Information to be disclosed by Gab AI, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Gab AI, Inc., including any messages, records, files, logs, or information that have been deleted but are still available to Gab AI, Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Gab AI, Inc. is required to disclose the following information to the government for each account listed in Attachment A:

(a)   All identity and contact information, including full name, e-mail address, physical address (including city, state, and zip code), date of birth, gender, hometown, occupation, and other personal identifiers;

(b)   All past and current usernames, account passwords, and names associated with the account;

(c)   The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

(d)   All IP logs and other documents showing the IP address, date, and time of each login to the account;

(e)   All data and information associated with the profile page, including photographs, "bios," videos, and profile backgrounds and themes;

(f)   All "Gabs" and Gab chat Messages sent, received, "favorited," or reposted by the account, and all photographs or images included in those Gabs and Gab Chat messages;

(g)   All messages in Gab Chat, both public and private chat rooms.

(h) All groups associated with the account or groups the account is a member of;

(i) All information from for the account, including all lists of Gab users who have favorited or reposted Gabs posted by the account, as well as a list of all Gabss that include the username associated with the account (*i.e.*, "mentions" or "replies");

(j) All photographs, videos and images in the user gallery for the account;

(k) All location data associated with the account, including all information collected by the Gab Location services;

(l) All information about the account's use of Gab's link service, including all longer website links that were shortened by the service, all resulting shortened links, and all information about the number of times that a link posted by the account was clicked;

(m) All data and information that has been deleted by the user;

(n) A list of all of the people that the user follows on Gab and all people who are following the user (*i.e.*, the user's "following" list and "followers" list);

(o) A list of all users that the account has "unfollowed" or blocked;

(p) All downloads and usage of the browser extension Dissenter by the account;

(q) All comments made by the account utilizing Dissenter;

(r) All "lists" created by the account;

(s) All information on the "Who to Follow" list for the account;

(t) All privacy and account settings;

(u) All records of Gab searches performed by the account, including all past searches saved by the account;

(v) All information about connections between the account and third-party websites and applications;

(w) All records pertaining to communications between Gab and any person regarding the user or the user's Gab account, including contacts with support services, and all records of actions taken, including suspensions of the account.

II. **Information to be seized by the government**

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of Title 18, United States Code, Sections 871, 876, 878, and 879 (hereinafter "Subject Offenses") involving ███████████ since October 1, 2019 including, for each account identified on Attachment A, information pertaining to the following matters:

a) The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s);

b) Evidence indicating how and when the account was accessed or used, to determine the chronological and geographic context of account access, use and events relating to the Subject Offenses and the Account subscriber;

c) Any records pertaining to the means and source of payment for services (including any credit card or bank account number or digital money transfer account information);

d) Evidence indicating the subscriber's state of mind as it relates to the Subject Offenses; and

e) Evidence that may identify any co-conspirators or aiders and abettors, including records that help reveal their whereabouts.

f) Images or visual depictions of threats to the President or Vice President of the United States, any foreign or domestic political or judicial official, any current or former member of the United States Government, or the Government of the United States of America;

g) Records and information containing threats to the President or Vice President of the United States, any foreign or domestic political or judicial official, any current or former member of the United States Government, or the Government of the United States of America;

h) Any and all information, notes, documents, records, or correspondence, in any format and medium, pertaining to violations of the Subject Offenses;

i) Any and all information, notes, documents, records, or correspondence, in any format or medium, pertaining to threats to the President or Vice President of the United States, any foreign or domestic political or judicial official, any current or former member of the United States Government, or the Government of the United States of America;

j) Any and all information, notes, documents, records, or correspondence, in any format or medium, concerning threats to the President or Vice President of the United States, any foreign or domestic political or judicial official, any current or former member of the United States Government, or the Government of the United States of America;

k) Any and all information, notes, documents, records, or correspondence, in any form and medium pertaining to threats to the President or Vice President of the United States, any foreign or domestic political or judicial official, any current or former member of the United States Government, or the Government of the United States of America;

l) Any and all address books, names, and lists of names and addresses of individuals who may have been contacted for the purpose of committing violations of the Subject Offenses;

m) Any and all information, notes, documents, records, or correspondence, in any format or medium, concerning membership in online groups, clubs, or services that provide or promote violence towards the President or Vice President of the United States, any foreign or domestic political or judicial official, any current or former member of the United States Government, or the Government of the United States of America;

n) Any and all information, records, documents, invoices and materials, in any format or medium, that concern any accounts with an Internet Service Provider pertaining to violations of the Subject Offenses;

o) Any and all information, documents, records, photos, videos, or correspondence, in any format or medium that aid in the identification of persons involved in violations of the Subject Offenses;

p) Credit card information, bills, and payment records pertaining to violations of the Subject Offenses;

q) Descriptions of time, date, locations, items, or events showing or tending to show the commission of, or connecting or tending to connect a person to violations of the Subject Offenses;

r) Evidence of who used, owned, or controlled the Account to commit or facilitate the commission of the crimes described, or at the time the things described in this warrant were created, edited, or deleted, including photographs, videos, logs, call logs, phonebooks, address books, contacts, IP addresses, registry entries, configuration files,

saved usernames and passwords, documents, calendars, browsing history, search terms, metadata, user profiles, e-mail, e-mail contacts, messages (text or voice), instant messaging logs, file structure and correspondence;

s) Evidence of how and when the Account was used or accessed to determine the chronological context of account access, use, and events relating to the Subject Offenses;

t) Contextual information necessary to understand the evidence described in this attachment.

u) Records relating to who created, used, or communicated with the account, including records about their identities and whereabouts.

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by Gab, and my official title is _____. I am a custodian of records for Gab. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Gab, and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

b. such records were kept in the ordinary course of a regularly conducted business activity of Gab; and

c. such records were made by Gab as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

05/05/2021
Date                                    Signature