UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH
PROFILE WITH USERNAME

███████████████████████

THAT IS STORED AT PREMISES
CONTROLLED BY GAB AI, INC.

Case No. 3:21-mj-451-RMS

**Filed Under Seal**

May 5, 2021

## AFFIDAVIT IN SUPPORT

## OF AN APPLICATION FOR A SEARCH WARRANT

I, Peter Amendola, a Special Agent with the United States Secret Service ("USSS"),

being first duly sworn, herby depose and state as follows:

### INTRODUCTION

1.      I submit this affidavit in support of a search and seizure warrant in relation to violations

of   violations of 18 U.S.C. § 871 (a) (b) (threats against President and successors to the

Presidency), 18 U.S.C. § 875 (c) (interstate communications), 18 U.S.C. § 878 (a) (threats and

extortion against foreign officials, official guests, or internationally protected persons), 18

U.S.C. § 879 (a)(1)(3)(4) (threats against former Presidents and certain other persons), for the

following Gab account:

   a.      ███████████████, which is more particularly described in Attachment A, along

         with Attachment B, describing the items to be seized.

# AGENT BACKGROUND

2.      I am a Special Agent employed by the United States Secret Service ("USSS").  As such, I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code; that is, an officer empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Section 2516 of Title 18.  I have been employed by USSS since 2015, my first three years as an Officer and subsequently as a Special Agent.  I have the USSS Special Agent Training program, which is conducted at the James J. Rowley Training Center located in Beltsville, MD.  I have received specialized training in protection of the President and Vice President of the United States and the investigation of threats directed towards the President and Vice President of the United States.  Additionally, I have completed the Basic Network Intrusion Responder Course, to investigative matters of networking intrusion and the seizing, handling, and processing of digital forensic evidence. I have participated in investigations involving the collection and analysis of electronic and cyber evidence.  I have participate in investigation involving the analysis of network data and network structure. I have participated in investigations involving threats directed towards the President and Vice President of the United States; the usage electronic and cyber media to direct threats towards the President and/or Vice President of the United States.  As such, I have both received and produced "protective intelligence" briefings and investigative notes regarding threat assessments of the President and/or Vice President of the United States and Foreign Diplomats. I have participated in protective assignments designated as the "Protective Intelligence Agent" to address matters of "protective intelligence during visits for the President and/or Vice President of the United States and Foreign Diplomats. I have received training, both formal and on-the-job, in the provisions of the federal firearms and narcotics laws administered under Titles

18, 21 and 26 of the United States Code.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. I am currently assigned to the USSS New Haven Resident Office and I am assisting in an investigation being conducted by the USSS New Haven Resident Office into the threatening statements made by ██████████ in person, and via his social media account on the platform GAB.

5. Threats against President and successors to the Presidency: it is a violation of 18 U.S.C. § 871 for a person to deposit any document containing any threat to take the life of, to kidnap, or to inflict bodily harm upon the President of the United States, the President-Elect, the Vice President, the Vice President-Elect, or other officer next in the order of succession to the office of the President of the United States.

6. Interstate communications: it is a violation of 18 U.S.C. § 875 (c) for a person to transmit interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another.

7. Threats and extortion against foreign officials, official guests, or internationally protected persons: it is a violation of 18 U.S.C. § 878 (a) for any person to knowingly and willfully threaten to violate section 1116 or Title 18.

8. Threats against former Presidents and certain other persons: it is a violation of 18 U.S.C § 879 (a)(1)(3)(4) for any person to threaten to kill, kidnap, or inflict bodily harm up a former President, a major candidate for the office of President or Vice President, a member of

the immediate family of such candidate, or a person protected by the Secret Service under section 3056(a)(6)

## PROBABLE CAUSE

9. The USSS is conducting a criminal investigation of ▮▮▮▮▮▮▮▮▮▮, a ▮▮▮▮▮▮▮ resident, regarding possible violations of federal threat statutes. As described below, the investigation to date reveals that ▮▮▮▮▮▮ has been making threatening statement to ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ilies to take the life of or inflict bodily harm upon the President of the United States, as well as various other political officials of the United States Government. The investigation has also revealed as outlined below, ▮▮▮▮▮▮▮ has been using his social media account on the platform Gab to convey the threatening statements.

*The initial report of a threat to kill the President of the United States*

10. On February 15, 2021, a technician from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was at ▮▮▮▮▮▮▮▮▮ ' home with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

During the visit, ▮▮▮▮▮▮ spoke of his dislike for President Biden and other politicians. He said, "People should go to Washington and kill those motherfuckers. They need to die and I'll do it myself." On another occasion, the technician heard ▮▮▮▮▮▮ state he would go to D.C. and shoot President Biden. Additionally, ▮▮▮▮▮▮ talked about Satanism, the Cabal, and QAnon. The technician attempted to change the subject ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮, but ▮▮▮▮▮▮ interrupted and said he was serious because "some things were worth dying for"▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

11. On February 17, 2021, USSS/Protective Intelligence Division (PID), contacted

█████████████████████ stated she is a board certified behavioral analyst for ████████████████

███, and was not in the home when the comments were made, but one of her technicians was.

██████████████████████ is a third-party home health care organization that works with

███████████████, under the guide of █████████████████████████████████ ███

stated their company has been working with ████████████ for about a year, and only recently

started working with██████████████████████████. She explained████████ often dives

into politics, despite their attempts to change the subject. On one occasion, she reported the

technician heard ████████████ state he would go to D.C. and shoot POTUS. She explained the

technician attempt to change the subject ████████████████████████████████████

but ████████████ interrupted and said he was serious because "some things were worth dying for"

█████████████████████████████. In another incident,████████████████████████

███ it was okay to kill people if he needed to ████████████████████████████████

██████████████████████████. ████████ said these issues led to the discontinuance of

services in the ████████████ home.

12.     USSS/PID provided me with ████████████ public Facebook and Twitter account.

████████████ uses the same profile picture on both accounts. Both the Facebook and Twitter

account use ███████████████████████████████████, and a pseudonym ████████████

██████████████████ ████████████████ has since be banned and had his account removed from

Twitter.

***Interview of*** ████████████

13.    On February 17, 2021, I interviewed ████████████ his home,████████████████

████████████ CT, with the assistance of two ████████ Police Officers. ████████████ was upset

with the late hour of the interview and refused to allow Investigators into his house. Initially,

████████████ refused to be interviewed because he "did nothing wrong and was exercising his

right to free speech." ▮▮▮ believed the interview was related to his politically themed posts on Facebook. The interview was conducted with ▮▮▮ remaining inside his house while the ▮▮▮ Police Officers and I remained on the front porch, speaking to ▮▮▮ through the screen door. I explained to ▮▮▮ that the interview was related to statements he made in the presence of an employee of ▮▮▮ on February 15, 2021. ▮▮▮ denied making any statements to harm President Biden, stating that whatever he said must have been misconstrued or taken out of context, because he "would never make any statements to harm anyone." Again, ▮▮▮ reiterated that he was exercising his right to free speech, which was protected under the 1st amendment.

14. ▮▮▮ stated multiple times President Biden is a pedophile, traitor, and should be tried for treason. ▮▮▮ further stated President Biden is a traitor to the United States "for taking $1.5 Billion in dirty money from Ukraine." ▮▮▮ stated he "hopes something happens to Biden and I hope he is executed." ▮▮▮ continued to make statements regarding the execution of President Biden. ▮▮▮ believes President Biden is not the actually the President and "somebody should take him out." Again, ▮▮▮ stated President Biden should be "executed". I questioned ▮▮▮ by what he meant by President Biden needing to be "executed" or "taken out". ▮▮▮ clarified by stating President Biden is a fraud and should be tried for treason then, if convicted; he should be executed and hanged. ▮▮▮ would make multiple statements about President Biden being "executed," "taken out," or killed, explicitly saying "Biden needs to be executed; Biden is a pedophile and traitor and should be killed." Only after I questioned him would he clarify saying President Biden should be tried and convicted for treason and executed as punishment, adding that he would not do anything to harm anyone. ▮▮▮ stated he is not a part of any organizations, especially

any right-wing extremists groups, nor has be donated any money to any organization. ████████ stated he supports the military, law enforcement, and is "one of the good guys." However, ████████ was wearing a hat with a red "Q" during the interview, often associated as symbol for the far-right extremists group QAnon, and has posted on Facebook referencing being a part of an organization referred to as "Q."

15. ████████ stated he has 10+ years of training in Tae Kwon Do, Krav Maga, and Karate. Additionally, ████████ stated he has had private gun training from different vendors but refused to provide the vendors or his degree of training. At the time of the interview, a review of NCIC/COLLECT information indicated ████████ has a valid CT pistol permit, four (4) handguns and possibly one (1) assault rifle registered to him. ████████ later stated all his guns are locked up and does not have any military or explosives training.

### ████████ *Gab Account (Target Account)*

16. On February 18, 2021, I spoke with Witness 1, who knows ████████ well and who resides in Connecticut. Witness 1 stated ████████ behavior began to change around 2014/2015 and began to focus on conspiracies involving the Sandy Hook School shooting. Witness 1 stated ████████ does not work and spends his time on YouTube watching conspiracy videos. Witness 1 believes the videos began to radicalize ████████ causing him to adhere to more extreme point of views. ████████ has made statements, posted videos, and posted on social media promoting different conspiracy theories. Witness 1 stated ████████ was a member of QAnon and attended meetings regularly. Witness 1 had attended a meeting to "learn about this group he kept talking about," but was terrified of the rhetoric and believed QAnon to be a cult. Witness 1 confirmed that ████████ had attended a protest in Washington DC in December 2020 and was planning to attend the protest on January 6, 2021, in Washington DC but did not

attend due to a leg injury.

17. Witness 1 provided me with approximately 140 screenshots of ███████ social media account and posts on the social media platform GAB. Witness 1 ██████████ ██████ follow ████████ and learn what he was posting. ████████ username is ████████████████████████ profile picture is a picture of himself and the same picture used on his Facebook and Twitter profile. ████████ Gab account name is the same pseudonym he uses on social media, ███████████████ . ████████ posts multiple times a day containing various conspiracies related to government corruption, Occupy DC protests, promoting violence, and overthrowing the government. ████████ makes numerous threatening statements, some of which involving killing, directed towards President Biden, Former President Trump, Former President Bill Clinton, Former First Lady Hillary Clinton, Former Vice President Michael Pence, Speaker of the House Nancy Pelosi, Senator Mitch McConnell, Senator Chuck Schumer, California Governor Gavin Newsome, New York Governor Andrew Cuomo, Representative Liz Cheney, NYC Mayor Bill DeBlasio, Canadian Prime Minister Justin Trudeau, Former FBI Director James Comey, NIAID Director Dr. Anthony Fauci, World Economic Forum President Klaus Schwab, Bill Gates, the Supreme Court of the United States, the FBI, and The CIA. Additionally, ████████ references owning an AR-15, bombing federal courthouses, killing federal judges, executing members of government, and the desire to attend, and admiration for, the January 6, 2021 protest. ████████ has posted stating he will kill anyone who tries to take away his guns.

Examples of the posts are:

"Assassinate Biden, a game the whole country can play," "Time to start bombing courthouses?" "Biden for death 2021" and "both Schumer and McConnell need a good decapitation."

██████ tags and shows admiration for QAnon and the Proud Boys. Many of ████████

posts are in reply to other users' postings, and the full context of ████████ posts are

unknown.

██ ████████████████████████ Dec 30, 2020

**@davidicke** Assassinate Biden, a game the
whole country can play

Like    Reply    Repost    ⋯

██ ██████████████████
QAnon and the Great Awakening · Dec 30, 2020

**@Nea** Time to start bombing courthouses?

Like    Reply    Repost    ⋯

██ ██████████████
Underground Revolution · 1 like · 1 repost · Feb 2

**@Fan1776** Biden for death 2021

Like    Reply    Repost    ⋯

██ ████████████████ · 1 like · Feb 9

**@macthunder @desperados @Michele111** Both
Schumer & McConnell need a good decapitation

Like    Reply    Repost    ⋯

██ ██████████████ Trump 2020 ·
Feb 8

**@QAnon211** Give me her schedule and $25,000,
and I'll remove that problem.

Australia - 🇦🇺Southern🇦🇺 Lond🇦🇺 NEWS · 1 like · 6d

**@gailauss** Klaus Schwab must be assassinated!

Like    Reply    Repost    ⋯

Memes, memes, and more memes. · 4 likes · 1 repost · 1d

**@Magatism** Gates Must be Exterminated like the bug he is.
Fuck you Bill! We're coming for you.
Death to the deceiver Gates - Enemy of America

/q/ The Donald · Dec 30, 2020

**@americancheese** kill the judge?

Like    Reply    Repost    ⋯

**@RealAlexJones** Time to have the people start executing the criminal cops and politicians

Like    Reply    Repost    ⋯

Q PATRIOT · Jan 12

@ewaynesworld If this disgusting pervert become out president, we should all assassinate him

Like    Reply    Repost    ⋯

**@diamactive2001** This is why we need a coup- so these traitors can't further brainwash our troops- they need to support the Constitution by killing the traitors.

Like  Reply  Repost  ⋯

*state arrest*

18.  On February 23, 2021, I received an email from the technician from CT department of Children and Families. The technician stated that ▇▇▇▇▇ reported to him on February 22, 2021 that ▇▇▇▇ had a firearm unsecured under his bed ▇▇▇▇▇ ▇▇▇▇ allegedly told ▇▇▇ the firearm was there in case "the bad people come for us." It has been reported by ▇▇▇ the "bad people" refers to President Biden and his pedophilia ring who kidnaps, tortures, kills, and eats children. ▇▇▇▇ also refers to this group as "the cult." ▇▇▇▇▇▇▇ President Biden and his pedophilia ring will come in the night to kidnap ▇▇▇▇▇▇▇▇ the purpose of the firearm underneath ▇▇▇▇ bed is to defend against "the cult."

19.  On February 24, 2021, I spoke with ▇▇▇▇ Police Department regarding the reported firearm underneath ▇▇▇▇ bed. ▇▇▇▇ Police stated on the evening of February 23, 2021, two Torr▇▇ Police Officers, knocked on ▇▇▇▇ door requesting access due to reports of an unsecured firearm under his bed. ▇▇▇▇ voluntarily allowed the ▇▇▇▇ Police Officers access to his home. The two ▇▇▇▇ Police Officers located an unloaded AR-15 in a nylon case with several loaded and unloaded magazines and a box of ammunition under his bed. On February 24, 2021, an arrest will be sworn out for C.G.S. 53-21: Risk of injury to a minor and C.G.S. 53a-217a: criminal negligent storage of a firearm. Additionally, a search warrant was acquired for the remaining four (4) firearms located in

█████████ home.

20.   On February 26, 2021, ███████ surrendered himself to ███████ Police Department.  The charge C.G.S. 53a-217a: criminal negligent storage of a firearm was dropped and a family violence component was added to C.G.S. 53-21: Risk of injury to a minor.  Pursuant to the charge C.G.S. 53-21: Risk of injury to a minor – Family Violence, ███████ was given 48 hours to surrender his firearms and was arraigned on ███████ 2021. ███████ complied with surrendering his firearms. Additionally, ███████ Connecticut and Utah pistol permits were revoked.  All the information was submitted in NICS by the ███████ Police Department. ███████ had an AR-15 and Mossberg 88 shotgun that were unregistered prior to his surrender. Both firearms were registered subsequent to his surrendering and arrest.

## GAB ACCOUNT

21.   Gab owns and operates a free-access social-networking website of the same name that can be accessed at http://www.Gab.com. Gab allows its users to create their own profile pages, which can include a short biography, a photo of themselves, and location information. Gab also permits users create and read 300-character messages called "Gabs," and to restrict their "Gabs" to individuals whom they approve. These features are described in more detail below.

22.   Upon creating a Gab account, a Gab user must create a unique Gab username and an account password, and the user may also select a different name of 20 characters or fewer to identify his or her Gab account. The Gab user may also change this username, password, and name without having to open a new Gab account.

23.    Gab asks users to provide basic identity and contact information, either during the registration process or thereafter. This information may include the user's full name, e-mail addresses, physical address (including city, state, and zip code), date of birth, gender, hometown, occupation, and other personal identifiers. For each user, Gab may retain information about the date and time at which the user's profile was created, the date and time at which the account was created, the operating system, browser type, and the Internet Protocol ("IP") address at the time of sign-up. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access a given Gab account.

24.    A Gab user can post a personal photograph or image to his or her profile, and can also change the profile background or theme for his or her account page. In addition, Gab users can post "bios" to their profile pages.

25.    Gab also keeps IP logs for each user. These logs contain information about the user's logins to Gab including, for each access, the IP address assigned to the user and the date stamp at the time the user accessed his or her profile.

26.    As discussed above, Gab users can use their Gab accounts to post "Gabs" of 300 characters or fewer. Each Gab includes a timestamp that displays when the Gab was posted to Gab. Gab users can also "favorite," "repost," or reply to the Gabs of other users. In addition, when a Gab includes a Gab username, often preceded by the @ sign, Gab designates that Gab a "mention" of the identified user. Gab provides the user with a list of other users who have favorited or reposted the user's own Gabs, as well as a list of all Gabs that include the user's username (*i.e.*, a list of all "mentions" and "replies" for that username).

27. Gab users can include photographs, images, or videos in their Gabs. Each Gab account also is provided a user gallery that includes images that the user has shared on Gab, including images uploaded by other services.

28. Gab users can also opt to include location data in their Gabs, which will reveal the users' locations at the time they post each Gab. This "Gab With Location" function is off by default, so Gab users must opt in to the service. In addition, Gab users may delete their past location data.

29. A Gab user can "follow" other Gab users, which means subscribing to those users' Gabs and site updates. Each user profile page includes a list of the people who are following that user (*i.e.*, the user's "followers" list) and a list of people whom that user follows (*i.e.*, the user's "following" list). Gabs users can "unfollow" users whom they previously followed, and they can also adjust the privacy settings for their profile so that their Gabs are visible only to the people whom they approve, rather than to the public (which is the default setting). A Gab user can also group other Gab users into "lists" that display on the right side of the user's home page on Gab. Gab also provides users with a list of "Who to Follow," which includes a few recommendations of Gab accounts that the user may find interesting, based on the types of accounts that the user is already following and who those people follow.

30. In addition to posting Gabs, a Gab user can also send messages to one of his or her followers utilizing the Gab service, Gab Chat. These messages are can occur in either a public or private chat room. All messages occur in a private chat room are encrypted and are deleted after 30 days.

31. Gab users can configure the settings for their Gab accounts in numerous ways. For example, a Gab user can configure his or her Gab account to send updates to the user's mobile

phone, and the user can also set up a "sleep time" during which Gab updates will not be sent to the user's phone.

32.   Gab includes a search function that enables its users to search all public Gabs for keywords, usernames, or subject, among other things.

33.   If a Gab user does not want to interact with another user on Gab, the first user can "block" the second user from following his or her account.

34.   Social networking providers like Gab typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number).  In some cases, Gab users may communicate directly with Gab about issues relating to their account, such as technical problems or complaints. Social-networking providers like Gab typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications. Gab may also suspend a particular user for breaching Gab's terms of service, during which time the Gab user will be prevented from using Gab's services.

35.   As explained herein, information stored in connection with a Gab account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, a Gab user's IP log, stored electronic communications, and other data retained by Gab, can indicate who has used or controlled the Gab account.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  For example, profile

contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Gab account at a relevant time. Further, Gab account activity can show how and when the account was accessed or used. For example, as described herein, Gab logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Gab access, use, and events relating to the crime under investigation. Additionally, Gab builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Gab "friends" to locate each other. This geographic and timeline information may tend to either inculpate or exculpate the Gab account owner. Last, Gab account activity may provide relevant insight into the Gab account owner's state of mind as it relates to the offense under investigation. For example, information on the Gab account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

36. Therefore, the computers of Gab are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Gab, such as account access information, transaction information, and other account information.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

37.    I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Gab to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

38.    Based on the forgoing, I request that the Court issue the proposed search warrant.

39.    This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the United States District Court for Connecticut.

40.    Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## REQUEST FOR SEALING

41.   I further request that the Court order that all papers in support of this application,
including the affidavit and search warrant, be sealed until further order of the Court. These
documents discuss an ongoing criminal investigation that is neither public nor known to all of the
targets of the investigation. Accordingly, there is good cause to seal these documents because
their premature disclosure may seriously jeopardize that investigation or pose a threat of danger
to the subject's ex-wife and/or child.

Respectfully submitted,

PETER W
AMENDOLA

Digitally signed by PETER W
AMENDOLA
Date: 2021.05.05 13:11:15 -04'00'

Peter W. Amendola
Special Agent
United States Secret Service

The truth of the foregoing affidavit, which was transmitted to me by reliable electronic
means, has been attested to me by Special Agent Peter W. Amendola over the telephone on this
5th day of May 2021, at New Haven, Connecticut.

Robert M. Spector

Digitally signed by Robert M.
Spector
Date: 2021.05.05 14:51:47 -04'00'

HONORABLE ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Gab profile with username ████████████ at ██████████████████████ that is stored at premises owned, maintained, controlled, or operated by Gab AI, Inc., a company headquartered in Clarks Summit, PA.

**Particular Things to be Seized**

**I.      Information to be disclosed by Gab AI, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Gab AI, Inc., including any messages, records, files, logs, or information that have been deleted but are still available to Gab AI, Inc., or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Gab AI, Inc. is required to disclose the following information to the government for each account listed in Attachment A:

(a)      All identity and contact information, including full name, e-mail address, physical address (including city, state, and zip code), date of birth, gender, hometown, occupation, and other personal identifiers;

(b)      All past and current usernames, account passwords, and names associated with the account;

(c)      The dates and times at which the account and profile were created, and the Internet Protocol ("IP") address at the time of sign-up;

(d)      All IP logs and other documents showing the IP address, date, and time of each login to the account;

(e)      All data and information associated with the profile page, including photographs, "bios," videos, and profile backgrounds and themes;

(f)      All "Gabs" and Gab chat Messages sent, received, "favorited," or reposted by the account, and all photographs or images included in those Gabs and Gab Chat messages;

(g)      All messages in Gab Chat, both public and private chat rooms.

(h) All groups associated with the account or groups the account is a member of;

(i) All information from for the account, including all lists of Gab users who have favorited or reposted Gabs posted by the account, as well as a list of all Gabss that include the username associated with the account (*i.e.*, "mentions" or "replies");

(j) All photographs, videos and images in the user gallery for the account;

(k) All location data associated with the account, including all information collected by the Gab Location services;

(l) All information about the account's use of Gab's link service, including all longer website links that were shortened by the service, all resulting shortened links, and all information about the number of times that a link posted by the account was clicked;

(m) All data and information that has been deleted by the user;

(n) A list of all of the people that the user follows on Gab and all people who are following the user (*i.e.*, the user's "following" list and "followers" list);

(o) A list of all users that the account has "unfollowed" or blocked;

(p) All downloads and usage of the browser extension Dissenter by the account;

(q) All comments made by the account utilizing Dissenter;

(r) All "lists" created by the account;

(s) All information on the "Who to Follow" list for the account;

(t) All privacy and account settings;

(u) All records of Gab searches performed by the account, including all past searches saved by the account;

(v)    All information about connections between the account and third-party websites and applications;

(w)    All records pertaining to communications between Gab and any person regarding the user or the user's Gab account, including contacts with support services, and all records of actions taken, including suspensions of the account.

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence, and instrumentalities of violations of Title 18, United States Code, Sections 871, 876, 878, and 879 (hereinafter "Subject Offenses") involving █████████████ since October 1, 2019 including, for each account identified on Attachment A, information pertaining to the following matters:

a) The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s);

b) Evidence indicating how and when the account was accessed or used, to determine the chronological and geographic context of account access, use and events relating to the Subject Offenses and the Account subscriber;

c) Any records pertaining to the means and source of payment for services (including any credit card or bank account number or digital money transfer account information);

d) Evidence indicating the subscriber's state of mind as it relates to the Subject Offenses; and

e) Evidence that may identify any co-conspirators or aiders and abettors, including records that help reveal their whereabouts.

f) Images or visual depictions of threats to the President or Vice President of the United States, any foreign or domestic political or judicial official, any current or former member of the United States Government, or the Government of the United States of America;

g) Records and information containing threats to the President or Vice President of the United States, any foreign or domestic political or judicial official, any current or former member of the United States Government, or the Government of the United States of America;

h) Any and all information, notes, documents, records, or correspondence, in any format and medium, pertaining to violations of the Subject Offenses;

i) Any and all information, notes, documents, records, or correspondence, in any format or medium, pertaining to threats to the President or Vice President of the United States, any foreign or domestic political or judicial official, any current or former member of the United States Government, or the Government of the United States of America;

j) Any and all information, notes, documents, records, or correspondence, in any format or medium, concerning threats to the President or Vice President of the United States, any foreign or domestic political or judicial official, any current or former member of the United States Government, or the Government of the United States of America;

k) Any and all information, notes, documents, records, or correspondence, in any form and medium pertaining to threats to the President or Vice President of the United States, any foreign or domestic political or judicial official, any current or former member of the United States Government, or the Government of the United States of America;

l) Any and all address books, names, and lists of names and addresses of individuals who may have been contacted for the purpose of committing violations of the Subject Offenses;

m) Any and all information, notes, documents, records, or correspondence, in any format or medium, concerning membership in online groups, clubs, or services that provide or promote violence towards the President or Vice President of the United States, any foreign or domestic political or judicial official, any current or former member of the United States Government, or the Government of the United States of America;

n) Any and all information, records, documents, invoices and materials, in any format or medium, that concern any accounts with an Internet Service Provider pertaining to violations of the Subject Offenses;

o) Any and all information, documents, records, photos, videos, or correspondence, in any format or medium that aid in the identification of persons involved in violations of the Subject Offenses;

p) Credit card information, bills, and payment records pertaining to violations of the Subject Offenses;

q) Descriptions of time, date, locations, items, or events showing or tending to show the commission of, or connecting or tending to connect a person to violations of the Subject Offenses;

r) Evidence of who used, owned, or controlled the Account to commit or facilitate the commission of the crimes described, or at the time the things described in this warrant were created, edited, or deleted, including photographs, videos, logs, call logs, phonebooks, address books, contacts, IP addresses, registry entries, configuration files,

saved usernames and passwords, documents, calendars, browsing history, search terms, metadata, user profiles, e-mail, e-mail contacts, messages (text or voice), instant messaging logs, file structure and correspondence;

s) Evidence of how and when the Account was used or accessed to determine the chronological context of account access, use, and events relating to the Subject Offenses;

t) Contextual information necessary to understand the evidence described in this attachment.

u) Records relating to who created, used, or communicated with the account, including records about their identities and whereabouts.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS

## RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the

laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information

contained in this declaration is true and correct. I am employed by Gab, and my official title is

_____. I am a custodian of records for Gab. I state that each of the

records attached hereto is the original record or a true duplicate of the original record in the

custody of Gab, and that I am the custodian of the attached records consisting of _____

(pages/CDs/kilobytes). I further state that:

a.       all records attached to this certificate were made at or near the time of the occurrence of

the matter set forth, by, or from information transmitted by, a person with knowledge of those

matters;

b.       such records were kept in the ordinary course of a regularly conducted business activity

of Gab; and

c.       such records were made by Gab as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal

Rules of Evidence.

_____     _____

Date                                              Signature